IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| Ariel Bermea, | ) | Case No. 22-03552 |
| | ) | |
| Debtor(s) | ) | Honorable Janet S. Baer |
| | ) | (DuPage) |

### NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on **Friday, October 6, 2023, at 11:00 AM**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Motion of the United States Trustee to Reopen Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee**, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the password is **587656.** The meeting ID and password can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    By: */s/ Adam G. Brief*
    Adam G. Brief, Assistant U.S. Trustee
    OFFICE OF THE U.S. TRUSTEE
    219 S. Dearborn Street, Chicago, IL 60604
    adam.brief@usdoj.gov
    (202) 503-7104

# CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that on September 29, 2023, I caused to be served copies of the **Notice of Motion, Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee and Proposed Order** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

/s/ *Adam G. Brief*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Richard S Bass**    rbass@corpoffices.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Thomas E Springer**    tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com

**Parties Served via First Class Mail:**

Ariel Bermea
535 Falmouth Way
Roselle, IL  60172

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| Ariel Bermea, | ) | Case No. 22-03552 |
| | ) | |
| Debtor(s) | ) | Honorable Janet S. Baer |
| | ) | (DuPage) |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR
AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 and for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3

## BACKGROUND

3. On March 28, 2022, Ariel Bermea (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4. Thomas Springer was appointed and served as the Chapter 7 Trustee ("Chapter 7 Trustee"). On April 29, 2022, the Chapter 7 Trustee filed a No Asset Report [Dkt. 16]. Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5. More recently, the U.S. Trustee received notification that the Debtor may be a beneficiary of a settlement in a medical negligence case.

6. Upon information and belief, the U.S. Trustee believes the funds may be property of this estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7. The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8. Section 350 of the Bankruptcy Code provides that:

   (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

   (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE,** the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

                                      RESPECTFULLY SUBMITTED,
                                      PATRICK S. LAYNG
                                      UNITED STATES TRUSTEE

Dated: September 29, 2023                */s/ Adam G. Brief*
                                                       Adam G. Brief, Assistant U.S. Trustee
                                                       OFFICE OF THE U.S. TRUSTEE
                                                       219 S. Dearborn Street
                                                       Chicago, IL  60604
                                                       adam.brief@usdoj.gov
                                                       (202) 503-7104